FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-21486 | DLS | Judge: | Dale L. Somers | Trustee Name: | Christopher J. Redmond Ch7 |
| Case Name: | Jeffrey A Dade | | | | Date Filed (f) or Converted (c): | 08/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 09/06/2016 |
| For Period Ending: | 01/23/2017 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1116 E Fredrickson Dr Olathe Ks 66061-0000 Johnson | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 2. Household Goods - Furniture, Misc | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Electronics - Tv, Misc. | 300.00 | 0.00 | | 0.00 | FA |
| 4. Clothing - Misc. | 300.00 | 0.00 | | 0.00 | FA |
| 5. Community America | 10.00 | 0.00 | | 0.00 | 0.00 |
| 6. Honeywell Retirement | 30,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $51,610.00    $20,000.00    $0.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/04/16 - The Trustee held this matter open at this time
11/14/16 - Correspondence to counsel requesting additional information
01/23/17 - Enter assets and prepare initial interim report
01/23/17 - Review; memo to Trustee regarding this matter and status

Initial Projected Date of Final Report (TFR): 12/31/2018    Current Projected Date of Final Report (TFR): 12/31/2018

Trustee Signature:    /s/ Christopher J. Redmond Ch7    Date: 01/23/2017

Christopher J. Redmond Ch7
4801 Main Street, Suite 1000
Kansas City MO 64112
(816) 283-4672